IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT LOGAN AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LAURA ANN LOGAN-CEARLEY AND MARGUERITE BICKNELL-LOGAN, INDIVIDUALLY, <br><br>**Plaintiff,** <br><br> V. <br><br> EXPRESS SCRIPTS, INC. F/K/A MEDCO, INC., <br><br>**Defendant** | § § § § § § § § § § § § § | **CAUSE NO.:  1:14-CV-452** |

## PLAINTIFFS' NOTICE OF RULE 41A VOLUNTARY DISMISSAL

1. Plaintiffs file their notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. Plaintiffs are Robert Logan as Personal Representative of the Estate of Laura Ann Logan-Cearley and Marguerite Bicknell-Logan, Individually.

3. Defendant is Express Scripts, Inc. f/k/a Medco, Inc.

4. On May 13, 2014, Plaintiffs sued Defendant.

5. Defendant has been served with process and has not served an answer or a motion for summary judgment.

6. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

7. A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a court order for dismissal of the case.

9. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is without prejudice.

Respectfully submitted,

Scott M. Hendler
State Bar No. 09445500
Federal Bar No. 250171
HendlerLaw, P.C.
1301 W. 25th St., Suite 400
Austin, Texas 78705
(512) 439-3200
FAX: (512) 439-3201
shendler@hendlerlaw.com
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed and served on October 14, 2014 on the Court's CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys of record.