IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT LOGAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LAURA ANN LOGAN-CEARLEY, AND MARGUERITE BICKNELL-LOGAN,<br>    PLAINTIFFS, | § § § § § § § | |
| V. | § § | CAUSE NO. 1:14-CV-452-LY |
| EXPRESS SCRIPTS, INC. F/K/A MEDCO, INC.,<br>    DEFENDANT. | § § § § | |

## FINAL JUDGMENT

Before the court in the above-styled and numbered cause is the Plaintiffs' Notice of Rule 41A (sic) Voluntary Dismissal filed October 14, 2014 (Clerk's Doc. No. 11), dismissing without prejudice all claims in this action. The court has reviewed the Plaintiffs' notice, and pursuant to Federal Rules of Civil Procedure 41(a) and 58,

**IT IS HEREBY ORDERED** that the above numbered cause is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties bear their own costs of court and attorney's fees.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this 15th day of October, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE